**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 376 WAL 2014
:
                     Respondent :
: Petition for Allowance of Appeal from the
                : Order of the Superior Court
           v. :
:
:
:
BRANDEN RYS, :
:
                    Petitioner :


## ORDER


**PER CURIAM**

      **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal

is **DENIED**.